# UNITED STATES BANKRUPTCY COURT

## Western District of Kentucky

| | |
|---|---|
| IN RE:<br>Erica L. Boyd | Case No.:20−31981−jal |
| Debtor(s) | Chapter: 7 |

## NOTICE OF DEBTOR'S ELECTION TO CONVERT AND RELATED ORDERS

On motion/notice of the debtor(s), by counsel, to convert said petition from a Chapter 13 to a Chapter 7, you are hereby notified that pursuant to the debtor's(s') right to convert under Bankruptcy Rule 1017(f), such conversion is effective as of the date of entry of the debtor's notice.

IT IS HEREBY ORDERED that the debtor(s) be granted an Order of Relief under Chapter 7 of the Bankruptcy Code, and be required to file a new petition (including all required schedules and forms) * under said Chapter, on or before 3/10/21. If additions or changes to the current mailing matrix are required, the debtor(s) shall file a certificate with the Court listing only those changes or additions (a new matrix should not be filed). DO NOT USE CASE UPLOAD TO FILE CONVERSION PETITION. PETITION MUST BE FILED AS SCHEDULES UNDER THE MISCELLANEOUS CATEGORY.

IT IS FURTHER ORDERED that William W. Lawrence, Trustee, shall disburse all funds received before the date of conversion to the debtor(s).

IT IS FINALLY ORDERED that William W. Lawrence, Trustee, be, and is, relieved of his duties as trustee, and shall file and submit a final report and account with the Court after all checks associated with the case have cleared the bank. Robert W. Keats is hereby appointed to serve as trustee in the above estate(s).

By separate mailing, a meeting of creditors notice will be mailed to all scheduled creditors and parties in interest.

A copy of this Order shall be mailed to the debtor(s), counsel for the debtor(s), to William W. Lawrence, to the interim trustee, the U.S. Trustee and to all scheduled creditors and parties in interest.

Dated: 2/24/21

| | FOR THE COURT |
|---|---|
| By: cbh | Elizabeth H. Parks |
| Deputy Clerk | Clerk, U.S. Bankruptcy Court |

**\* No additional filing fee is required**

**Please reflect case number on new petition when filing**